IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morales, Francisco Javie | Case Number: 03 B 50355 |
|---|---|---|
| | Morales, Maria | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 12/15/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: November 10, 2008
Confirmed:  February 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 37,513.33 |  |
| Secured: |  | 25,290.15 |
| Unsecured: |  | 3,720.42 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,734.46 |
| Other Funds: |  | 4,068.30 |
| Totals: | 37,513.33 | 37,513.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 18,946.79 | 18,946.79 |
| 3. | Mercury Finance Co | Secured | 5,778.95 | 5,778.95 |
| 4. | Matco Tools | Secured | 447.08 | 447.08 |
| 5. | Mac Tools | Secured | 484.51 | 117.33 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 23.50 | 0.00 |
| 7. | American General Finance | Unsecured | 153.72 | 339.07 |
| 8. | First Express | Unsecured | 30.63 | 57.74 |
| 9. | Capital One | Unsecured | 88.24 | 194.64 |
| 10. | Cavalry Portfolio Services | Unsecured | 531.69 | 1,172.81 |
| 11. | HSBC Auto Finance | Unsecured | 886.82 | 1,956.16 |
| 12. | AT&T | Unsecured |  | No Claim Filed |
| 13. | Fashion Bug | Unsecured |  | No Claim Filed |
| 14. | Midwest Imports | Unsecured |  | No Claim Filed |
| | | | $ 30,071.93 | $ 31,710.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Morales, Francisco Javie<br>Morales, Maria<br>Printed: 02/24/09 | Case Number: 03 B 50355<br>Judge: Hollis, Pamela S<br>Filed: 12/15/03 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 178.12 |
| 4% | 91.93 |
| 6.5% | 193.94 |
| 3% | 121.75 |
| 5.5% | 260.34 |
| 5% | 43.58 |
| 4.8% | 276.66 |
| 5.4% | 539.99 |
| 6.6% | 28.15 |
| | $ 1,734.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*